HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OLIVIA MORA,

        Plaintiff,

    v.

UNITED STATES CENSUS BUREAU, et al.,

        Defendants.

CASE NO. C13-1105RAJ

ORDER

This matter comes before the court on Defendants' motion to stay this case pending a ruling on their forthcoming motion to dismiss. Plaintiff has not responded to the motion. Based on Defendants' representation that this action may be subject to a statute of limitations defense and that they accordingly will file a motion to dismiss, the court orders as follows:

1) Defendants shall file their motion to dismiss no later than November 12, 2013.

2) The court vacates all initial case management deadlines from its October 4 minute order setting initial scheduling deadlines.

3) Discovery shall not begin unless the court orders otherwise.

4) The court will impose new initial case management deadlines, if necessary, in its order resolving the motion to dismiss.

//

//

ORDER – 1

5)  The clerk shall TERMINATE Defendants' motion.  Dkt. # 6.

DATED this 29th day of October, 2013.

_____

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2