HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLIVIA MORA,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED STATES CENSUS BUREAU, et al.,<br><br>            Defendants. | CASE NO. C13-1105RAJ<br><br>ORDER |

In its April 22, 2014 order, the court ordered Plaintiff to show cause why the court should not grant summary judgment to Defendants on the ground that her case is untimely. The court explained Plaintiff's obligations in responding to the order:

> The court accordingly orders Ms. Mora to submit evidence or argument showing that there is a genuine issue of material fact that would preclude the court from granting summary judgment that her suit is untimely for failure to sue within 90 days of the EEOC's November 2010 decision. She shall show cause in the form of a written statement, including declarations or other evidence if appropriate, no later than May 22, 2014. Defendants need not respond to the statement unless the court orders a response. If Ms. Mora does not respond by May 22, the court will enter summary judgment for Defendants based on the current record.

Apr. 22, 2014 ord. (Dkt. # 18) at 6.

It is not clear if Plaintiff intends to comply with the May 22 deadline. On May 15, she filed a "Motion to Extend Discovery Deadline of May 22." Dkt. # 19. In it, she requests a one-month extension of "[d]iscovery set to end May 22, 2014." Plaintiff is mistaken. Discovery has not begun in this case. When the court granted Defendants'

ORDER – 1

1  unopposed motion to stay this case, the court ordered that "[d]iscovery shall not begin

2  unless the court orders otherwise." Oct. 29, 2013 ord. (Dkt. # 11). The court has not

3  ordered discovery to begin, and there is no reason to do so on the record before the court.

4  The evidence that Plaintiff needs to respond to the order to show cause is presumably

5  entirely in her possession. If she has evidence that she timely filed this lawsuit, she must

6  submit it.

7        The court accordingly DENIES Plaintiff's motion. Dkt. # 19. As a courtesy, the

8  court will grant a two-week extension of the deadline to respond to the court's order to

9  show cause. That response is now due on June 5, 2014. Again, the court reiterates that if

10 Plaintiff does not respond to the order to show cause, it will enter summary judgment for

11 Defendants based on the current record.

12       DATED this 19th day of May, 2014.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2